**No. 40655.**—Protest 163674–G of L. Littauer & Co. (New York).

Opinion by TILSON, J. Certain items were found to consist of single yarns in chief value of cellulose filaments similar to those involved in *Weinman* v. *United States* (T. D. 49408). The claim at 40 cents per pound under paragraph 31 was therefore sustained.